COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

| | |
|---|---|
| Cause Number: | 01-20-00189-CV |
| Style: | KVAC Holding Company et al v. Steadfast Funding, LLC et al |
| Type of document: | Appellees' sur-reply brief |
| Date document filed: | April 19, 2021 |
| Document filed by: | Appellees |

On April 27, 2021, appellants filed a motion to strike appellees' sur-reply brief which was filed on April 19, 2021. After considering the motion, we **grant** appellants' motion and we **strike** appellees' April 19 sur-reply brief. All other relief requested in appellants' motion to strike is **denied**.

It is so **ORDERED**.

Judge's signature: ____/s/ Sherry Radack_____

☑ Acting individually ☐ Acting for the Court

Date: ____May 11, 2021_____